UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) NOTICE OF APPEARANCE AND REQUEST
) FOR ELECTRONIC NOTIFICATION
) 08Cr. 823
FRANKLYN ANGEL ESTRELLA, )
SAUL CARILLO, )
SAUL ANTONIO PAEZ, )
 a/k/a "Tony," )
CARLOS ALBERTO ESTRADA-MORALES
SONNY PEQUERO, )
 a/k/a "Ramon Antonio Perez-Rodriguez," )
EDDISON GLOSS, and )
JAIME DUARTE-MARTINEZ, )
)
          Defendant. )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the AUSA already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
   Southern District of New York

by:    /S/
       Benjamin Naftalis
       Assistant United States Attorney
       (212) 637-2456